UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY YONEL YANEZ OCHOA,<br><br>　　　　　　　　　　　Petitioner,<br><br>v.<br><br>TODD LYONS, ACTING DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL.,<br><br>　　　　　　　　　　　Respondents. | Case No.: 26cv1019-LL-BLM<br><br>**ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS [ECF No. 1];**<br><br>**ORDER DENYING AS MOOT PETITIONER'S MOTION FOR DEFAULT JUDGMENT [ECF No. 4]** |

Presently before the Court is Petitioner Henry Yonel Yanez Ochoa's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. ECF No. 1 ("Pet."). Petitioner seeks a writ of habeas corpus directing Respondents to release him from custody unless he is provided with an individualized bond hearing within seven days. Pet. ¶ 7. Respondents failed to file a Return by the Court-issued deadline of February 24, 2026 at 4:30 p.m. ECF No. 2; *see* Docket. On March 2, 2026, Petitioner filed a Request for Clerk's Entry of Default and Motion for Default. ECF No. 4. In light of Respondents' failure to file a Return, the Court

will address herein the merits of the Petition and **GRANTS IN PART** the Petition for the reasons stated below.

Petitioner, a citizen of Honduras, alleges that he has been detained since January 29, 2026 by the United States Department of Homeland Security's ("DHS") Immigration and Customs Enforcement ("ICE") division and is currently at the Otay Mesa Detention Center. Pet. ¶¶ 15, 45. Petitioner claims that he is entitled to release and a bond hearing. *Id.* ¶¶ 51-61 and Prayer for Relief.

Upon the Court's review of the Petition, the Court finds that Petitioner is a member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 25-CV-1873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025). Accordingly, Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a). Therefore, the Petition (ECF No. 1) is **GRANTED IN PART** as set forth below:

1. Respondents are **ORDERED** to provide Petitioner with an individualized bond hearing under 8 U.S.C. § 1226(a) within **seven (7) days** of this Order. Respondents **SHALL NOT** deny Petitioner's bond on the basis that 8 U.S.C. § 1225(b)(2) requires mandatory detention. The Court notes that *Matter of Yajure Hurtado*, 29 I. & N. Dec. 216 (BIA 2025), has been vacated as contrary to law under the Administrative Procedure Act, and cannot be invoked to decline jurisdiction by the immigration judge. *Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2026 WL 468284, at *10 (C.D. Cal. Feb. 18, 2026).

2. The Court **DENIES IN PART** the Petition to the extent that Petitioner requests to be released from custody.

3. Finally, the Court **DENIES AS MOOT** Petitioner's Motion for Default Judgment (ECF No. 4).

/ / /
/ / /
/ / /

4. The Clerk of Court shall enter judgment in Petitioner's favor and close this case.

**IT IS SO ORDERED.**

Dated: March 2, 2026

_____
Honorable Linda Lopez
United States District Judge