

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Henry Yonel Yanez Ochoa

**Plaintiff,**

V.

See Attachment

**Defendant.**

Civil Action No.   26-cv-1019-LL-BLM

### JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition (ECF No. 1) is GRANTED IN PART. Respondents are ORDERED to provide Petitioner with an individualized bond hearing under 8 U.S.C. § 1226(a) within seven (7) days of this Order. Respondents SHALL NOT deny Petitioner's bond on the basis that 8 U.S.C. § 1225(b)(2) requires mandatory detention. The Court DENIES IN PART the Petition to the extent that Petitioner requests to be released from custody. The Court DENIES AS MOOT Petitioner's Motion for Default Judgment (ECF No. 4). This case is hereby closed.

**Date:**          3/2/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  B. Chandler

B. Chandler, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**   26-cv-1019-LL-BLM

Respondents:

Todd M. Lyons
Acting Director, Immigration and Customs Enforcement;

Patrick Divver
Director of Field Operations, San Diego Field Office, Immigration and Customs Enforcement;

Kristi Noem
Secretary, U.S. Department of Homeland Security;

Pamela Bondi
U.S. Attorney General;

Christopher J. Larose
Warden, Otay Mesa Detention Center